**FILED**

01/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0605

IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No. DA 21-0605

---

BOARD OF REGENTS OF HIGHER EDUCATION OF THE STATE
OF MONTANA,

      Petitioner and Appellee,

vs.

THE STATE OF MONTANA, BY AND THROUGH AUSTIN
KNUDSEN, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF MONTANA,

      Respondent and Appellant.

---

### *ORDER GRANTING MOTION BY MONTANA SHOOTING SPORTS ASSOCIATION TO FILE FRIEND OF THE COURT BRIEF*

Pursuant to the Montana Shooting Sports Association's motion for leave to file an amicus brief and good cause appearing,

IT IS ORDERED that the Montana Shooting Sports Association is granted leave to appear as *amicus curiae* in this case for the limited purpose of submitting amicus briefs in support of Appellants. The amicus brief shall be filed within one week of Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 20 2022